

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00269-CV

| | | |
|---|---|---|
| JAMES REEDOM, Appellant | § | On Appeal from |
| | § | County Court at Law No. 1 |
| V. | § | of Tarrant County (2018-004416-1) |
| 5950 BOCA RATON LP D/B/A MADISON PARK (WOODSTOCK), Appellee | § | August 26, 2019 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant James Reedom shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth